UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF OKLAHOMA**

In re: )
    **Tyler L Willard**  , )
    , ) Case No. _____
    ) Chapter **7**
Debtor.. )

**PAY ADVICE COVER SHEET**

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Stericycle Inc | 6-1-24 | 7-31-24 |

☐ The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on  August 28, 2024

/s/ Tyler L Willard
**Tyler L Willard**
(Debtor Signature)
☐ Pro se Debtor
☑ Represented by Counsel

/s/ Joshua Farmer
(Attorney Signature)
**Joshua Farmer**
**3108 N Classen Blvd**
**Oklahoma City, OK 73118**

405-296-6859
580-581-1803
josh@gplawok.com

Counsel for
**Tyler L Willard**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| 3L6 | 852239 | | FT | 0000239198 | 1 | |

# Earnings Statement

ADP

STERICYCLE INC.
2355 WAUKEGAN ROAD
BANNOCKBURN , IL 60015

Period Beginning:  05/19/2024
Period Ending:     06/01/2024
Pay Date:          06/07/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TYLER L WILLARD
13917 OSAGE DR
EDMOND OK 73013

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3800 | 40.00 | 695.20 | 14,175.38 |
| Overtime | 26.0700 | 1.52 | 39.63 | 350.13 |
| Holiday | 17.3800 | 8.00 | 139.04 | 547.04 |
| Vacation | 17.3800 | 32.00 | 556.16 | 760.16 |
| Sick | | | | 682.00 |
| **Gross Pay** | | | **$1,430.03** | 16,514.71 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -90.15 | 1,006.70 |
| | Social Security Tax | -88.66 | 1,023.91 |
| | Medicare Tax | -20.73 | 239.46 |
| | OK State Income Tax | -45.00 | 512.00 |
| | **Other** | | |
| | 401K Savings | -42.90* | 495.45 |
| **Net Pay** | | **$1,142.59** | |
| | Checking Direct | -1,142.59 | 13,237.19 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Accrued | 40.00 | |
| Sick Balance | 0.00 | |
| Sick Taken | 40.00 | |
| State Sup Lv* | 0.00 | |
| Vac Accrued | 33.92 | |
| Vac Balance | 1.92 | |
| Vac Taken | 32.00 | |
| Emplid | | 0066054 |
| Sap Id | | 73036836 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 866-308-9097

**Additional Tax Withholding Information**
Taxable Marital Status:
 OK:           Single
Exemptions/Allowances:
 OK:           1

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,387.13

© 2000 ADP, Inc.

STERICYCLE INC.
2355 WAUKEGAN ROAD
BANNOCKBURN , IL 60015

Advice number:   00000239198
Pay date:        06/07/2024



**Deposited to the account of**
TYLER L WILLARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8342 | xxxx xxxx | $1,142.59 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 3L6 | 852239 | | FT | 0000258049    1 |

# Earnings Statement



STERICYCLE  INC.
2355 WAUKEGAN  ROAD
BANNOCKBURN    , IL 60015

Period Beginning:    06/02/2024
Period Ending:       06/15/2024
Pay Date:            06/21/2024

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TYLER  L  WILLARD
13917  OSAGE  DR
EDMOND  OK  73013

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3800 | 77.63 | 1,349.21 | 15,524.59 |
| Overtime | 26.0700 | .18 | 4.69 | 354.82 |
| Holiday | | | | 547.04 |
| Sick | | | | 682.00 |
| Vacation | | | | 760.16 |
| **Gross Pay** | | | **$1,353.90** | 17,868.61 |

**Deductions**   Statutory

| | | |
|---|---|---|
| Federal Income Tax | -81.29 | 1,087.99 |
| Social Security Tax | -83.94 | 1,107.85 |
| Medicare Tax | -19.63 | 259.09 |
| OK State Income Tax | -42.00 | 554.00 |

Other
| | | |
|---|---|---|
| 401K Savings | -40.62* | 536.07 |
| **Net Pay** | **$1,086.42** | |
| Checking Direct | -1,086.42 | 14,323.61 |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Accrued | 40.00 | |
| Sick Balance | 0.00 | |
| Sick Taken | 40.00 | |
| State Sup Lv* | 0.00 | |
| Vac Accrued | 37.00 | |
| Vac Balance | 5.00 | |
| Vac Taken | 32.00 | |
| Emplid | | 0066054 |
| Sap Id | | 73036836 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 866-308-9097

**Additional Tax Withholding Information**
Taxable Marital Status:
 OK:                Single
Exemptions/Allowances:
 OK:                1

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,313.28

© 2000 ADP, Inc.

STERICYCLE  INC.
2355 WAUKEGAN  ROAD
BANNOCKBURN    , IL 60015

**Advice number:**    00000258049
**Pay date:**          06/21/2024



**Deposited to the account of**          account number      transit ABA           amount
TYLER  L  WILLARD                         xxxxxx8342         xxxx xxxx            $1,086.42

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 3L6 | 852239 | | FT | 0000279504 | 1 |

# Earnings Statement

ADP

STERICYCLE INC.
2355 WAUKEGAN ROAD
BANNOCKBURN , IL 60015

Period Beginning: 06/16/2024
Period Ending: 06/29/2024
Pay Date: 07/05/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TYLER L WILLARD
13917 OSAGE DR
EDMOND OK 73013

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3800 | 69.12 | 1,201.31 | 16,725.90 |
| Vacation | 17.3800 | 8.00 | 139.04 | 899.20 |
| Overtime | | | | 354.82 |
| Holiday | | | | 547.04 |
| Sick | | | | 682.00 |
| **Gross Pay** | | | **$1,340.35** | 19,208.96 |

**Deductions    Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -79.72 | 1,167.71 |
| Social Security Tax | -83.11 | 1,190.96 |
| Medicare Tax | -19.44 | 278.53 |
| OK State Income Tax | -41.00 | 595.00 |

**Other**

| | | |
|---|---|---|
| 401K Savings | -40.21* | 576.28 |
| **Net Pay** | **$1,076.87** | |
| Checking Direct | -1,076.87 | 15,400.48 |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Accrued | 40.00 | |
| Sick Balance | 0.00 | |
| Sick Taken | 40.00 | |
| State Sup Lv* | 0.00 | |
| Vac Accrued | 40.08 | |
| Vac Balance | 0.08 | |
| Vac Taken | 40.00 | |
| Emplid | | 0066054 |
| Sap Id | | 73036836 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 866-308-9097

**Additional Tax Withholding Information**
Taxable Marital Status:
 OK:               Single
Exemptions/Allowances:
 OK:               1

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,300.14

© 2000 ADP, Inc.

STERICYCLE INC.
2355 WAUKEGAN ROAD
BANNOCKBURN , IL 60015

Advice number: 00000279504
Pay date: 07/05/2024



**Deposited to the account of**
TYLER L WILLARD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8342 | xxxx xxxx | $1,076.87 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 3L6 | 852239 | | FT | 0000299164   1 |

# Earnings Statement



STERICYCLE INC.
2355 WAUKEGAN ROAD
BANNOCKBURN , IL 60015

Period Beginning:    06/30/2024
Period Ending:       07/13/2024
Pay Date:            07/19/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TYLER L WILLARD
13917 OSAGE DR
EDMOND OK 73013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.3800 | 71.15 | 1,236.59 | 17,962.49 |
| Overtime | 26.0700 | 1.88 | 49.01 | 403.83 |
| Holiday | | | | 547.04 |
| Sick | | | | 682.00 |
| Vacation | | | | 899.20 |
| **Gross Pay** | | | **$1,285.60** | 20,494.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -73.34 | 1,241.05 |
| | Social Security Tax | -79.70 | 1,270.66 |
| | Medicare Tax | -18.64 | 297.17 |
| | OK State Income Tax | -39.00 | 634.00 |
| | Other | | |
| | 401K Savings | -38.57* | 614.85 |
| **Net Pay** | | **$1,036.35** | |
| | Checking Direct | -1,036.35 | 16,436.83 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Accrued | 40.00 | |
| Sick Balance | 0.00 | |
| Sick Taken | 40.00 | |
| State Sup Lv* | 0.00 | |
| Vac Accrued | 43.17 | |
| Vac Balance | 3.17 | |
| Vac Taken | 40.00 | |
| Emplid | | 0066054 |
| Sap Id | | 73036836 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS :- 866-308-9097

**Additional Tax Withholding Information**
Taxable Marital Status:
  OK:                Single
Exemptions/Allowances:
  OK:                1

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,247.03

© 2000 ADP, Inc.



STERICYCLE INC.
2355 WAUKEGAN ROAD
BANNOCKBURN , IL 60015

Advice number:   00000299164
Pay date:        07/19/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TYLER L WILLARD | xxxxxx8342 | xxxx xxxx | $1,036.35 |

**NON-NEGOTIABLE**