# Notice Recipients

District/Off: 1087–5  User: admin  Date Created: 09/01/2024
Case: 24–12466  Form ID: 309A  Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Tyler L Willard | 13917 Osage Drive | Edmond, OK 73013 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | John D. Mashburn | 1616 E 19th Street, Suite 301A | Edmond, OK 73013 | |
| aty | Joshua L Farmer | Great Plains Legal Services | 3108 N Classen Blvd | Oklahoma City, OK 73118 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6865787 | Amanda Blackwood | PO BOX 6921 | Oklahoma City OK 73153 | |
| 6865788 | Angela Cason | 209 N Tucker Ave | Shawnee OK 74801 | |
| 6865790 | EMSA | 6205 South Sooner Road | Oklahoma City OK 73135 | |
| 6865789 | Emergency Physicians | 2825 Parklawn Dr | Oklahoma City OK 73110 | |
| 6865791 | Ian's Enterprise LLC | 1833 south Morgan Road | Oklahoma City OK 73128 | |
| 6865792 | Oklahoma Heart Hospital | 210 Park Ave | Suite 18 | Oklahoma City OK 73102 |
| 6865793 | Robert and Leesah Green | 520 East Ercoupe Drive | Oklahoma City OK 73110 | |
| 6865796 | SSM Health Medical Group | PO Box 956542 | Saint Louis MO 63195 | |
| 6865794 | Saint Francis Hospital Muskogee | 6161 South Yale Ave | Tulsa OK 74136 | |
| 6865795 | Self INC/Lead Bank Communtiy Bank | Attn: Bankruptcy | 1801 Main St | Kansas City MO 64108 |
| 6865797 | US Acute Care Solutions | 4535 Dressler Road NW | Canton OH 44718 | |

TOTAL: 16