# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087−5 | User: admin | Date Created: 12/03/2024 |
| Case: 24−12466 | Form ID: 318 | Total: 15 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| tr | John D. Mashburn | ecf@mashburnlaw.net |
| aty | Joshua L Farmer | josh@gplawok.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Tyler L Willard 13917 Osage Drive Edmond, OK 73013
6865787 Amanda Blackwood PO BOX 6921 Oklahoma City OK 73153
6865788 Angela Cason 209 N Tucker Ave Shawnee OK 74801
6865790 EMSA 6205 South Sooner Road Oklahoma City OK 73135
6865789 Emergency Physicians 2825 Parklawn Dr Oklahoma City OK 73110
6865791 Ian's Enterprise LLC 1833 south Morgan Road Oklahoma City OK 73128
6865792 Oklahoma Heart Hospital 210 Park Ave Suite 18 Oklahoma City OK 73102
6865793 Robert and Leesah Green 520 East Ercoupe Drive Oklahoma City OK 73110
6865796 SSM Health Medical Group PO Box 956542 Saint Louis MO 63195
6865794 Saint Francis Hospital Muskogee 6161 South Yale Ave Tulsa OK 74136
6865795 Self INC/Lead Bank Communtiy Bank Attn: Bankruptcy 1801 Main St Kansas City MO 64108
6865797 US Acute Care Solutions 4535 Dressler Road NW Canton OH 44718

TOTAL: 12